UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHOLE E NATURE, LLC,<br><br>                      Plaintiff,<br><br>v.<br><br>THE WONDERFUL COMPANY, LLC,<br><br>                      Defendant. | Case No.: 17cv10-LAB (KSC)<br><br>**ORDER GRANTING MOTION TO STAY** |

For good cause shown, the joint motion to stay this case for 60 days (Docket no. 30) is **GRANTED**. If no settlement has been reached by that time, the parties must submit a joint status report no later than **October 17, 2018** and pretrial dates will be reset. This action is **STAYED** until October 17, 2018. No extensions of the stay will be granted except for good cause shown.

**IT IS SO ORDERED**.

Dated: August 20, 2018

_____
Hon. Larry Alan Burns
United States District Judge