UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHOLE E NATURE, LLC, <br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>THE WONDERFUL COMPANY, LLC,<br><br>　　　　　　　　　　Defendant. | Case No.: 17cv10-LAB (KSC)<br><br>**ORDER OF DISMISSAL** |

The parties' joint motion to dismiss (Docket no. 36) is **GRANTED**. This action is **DISMISSED WITH PREJUDICE** and the parties shall each bear their own costs and attorney's fees.

**IT IS SO ORDERED**.

Dated: October 30, 2018

　　　　　　　　　　　　　　　　　　　　_/s/ Larry A. Burns_
　　　　　　　　　　　　　　　　　　　　Hon. Larry Alan Burns
　　　　　　　　　　　　　　　　　　　　United States District Judge